**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Maurice B. Allen, | * | Case No.: C-1-02-492 |
| Plaintiff, | * | Judge Spiegel |
| vs. | * | **CERTIFICATE OF SERVICE** |
| Deerfield Mfg. Inc., A Subsidiary of Ice Industries | * | |
| | * | |
| Defendant. | | |
| | * | Renisa A. Dorner (0040192) **WISE & DORNER, Ltd.** |
| | * | 151 N. Michigan Street, Ste. 333 Toledo, Ohio 43624 |
| | * | Tel: (419) 327-4303 Fax: (419) 327-4302 |
| | * | Attorney for Defendant. |

********

This is to certify that the *Affidavit of Janet Freeman* was sent by ordinary U.S. Mail, postage prepaid, the 16th day of October, 2003 to **David Torchia, Esq.**, Tobias, Kraus & Torchia,

1

911 Mercantile Library Building, 414 Walnut Street, Cincinnati, OH 45202, Attorney for Plaintiff.

                                                Respectfully Submitted,

                                                **WISE & DORNER, Ltd.**

/s/      Renisa A. Dorner
          Renisa A. Dorner (0040192)
          **WISE & DORNER, Ltd.**
          151 N. Michigan Street, Ste. 333
          Toledo, Ohio 43624
          Tel: (419) 327-4303
          Fax: (419) 327-4302
          Attorney for Defendant

E:\Deerfield Mfg\Allen\certofsvs.wpd