FILED
KENNETH J. MURPHY
CLERK

03 OCT 21 AM 9:55

WEST DIV CINCINNATI



## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| Maurice B. Allen, | * | Case No.: C-1-02-492 |
| Plaintiff, | * | Judge Spiegel |
| vs. | * | **NOTICE OF FILING OF DEPOSITION OF MAURICE B. ALLEN** |
| Deerfield Mfg. Inc., A Subsidiary of Ice Industries | * | |
| | * | |
| Defendant. | | |
| | * | Renisa A. Dorner (0040192) **WISE & DORNER, Ltd.** |
| | * | 151 N. Michigan Street, Ste. 333 Toledo, Ohio 43624 |
| | * | Tel: (419) 327-4303 Fax: (419) 327-4302 |
| | * | Attorney for Defendants. |

********

Defendant, Deerfield Manufacturing, Inc., a subsidiary of Ice Industries, Inc. by and through its counsel, hereby gives notice that it is filing the original of the deposition of Maurice B.

Allen taken in connection with this action.

Respectfully Submitted,

WISE & DORNER, Ltd.

_____
Renisa A. Dorner
Attorney for Defendants

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via ordinary U.S. mail, postage prepaid, this 16th day of October, 2003, to **David Torchia, Esq.**, Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, OH 45202.

_____
Renisa A. Dorner

E:\Deerfield Mfg\Allen\notoffildepo.wpd