J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Maurice B. Allen,
    Plaintiff,

v.                              Case No. C-1-02-492
                                     (Spiegel, J.; Hogan, M.J.)

Deerfield Manufacturing Company,
    Defendant.

ORDER

This case is before the Court on Plaintiff's motion for an extension of time to file his response to Defendant's motion for summary judgment (Doc. 24). For good cause shown, the motion is hereby **GRANTED.** Plaintiff has through and including November 20, 2003 to file his response.

SO ORDERED.

Date   11/12/2003                             s/Timothy S. Hogan
bac     November 12, 2003                     Timothy S. Hogan
                                          United States Magistrate Judge