UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MAURICE ALLEN** | : | **CASE NO.** 1:02-cv-492 |
| | : | Judge Spiegel |
| Plaintiff | : | Magistrate Judge Hogan |
| | : | |
| vs. | : | |
| | : | **JOINT MOTION TO EXTEND** |
| **DEERFIELD MFG. INC.,** | : | **SUMMARY JUDGMENT** |
| **A SUBSIDIARY OF** | : | **BRIEFING DEADLINES** |
| **ICE INDUSTRIES** | : | |
| | : | |
| Defendant | : | |

Now come the parties, and for the reasons set forth in the attached memorandum, jointly request that the time for Plaintiff to respond to Defendant's motion for summary judgment be extended until December 5, 2003 and that Defendant's reply memorandum be filed on or before December 19, 2003.

No final pretrial and trial dates have been scheduled.

                                                Respectfully submitted

                                                /s/ David Torchia
                                                David Torchia – 0015962
                                                Tobias, Kraus & Torchia
                                                911 Mercantile Library Building
                                                414 Walnut Street
                                                Cincinnati, Ohio 45202
                                                (513) 241-8137
                                                Attorney for Plaintiff
                                                davet@tktlaw.com

                                                /s/ Renisa Dorner
                                                Renisa A. Dorner -- 0040192
                                                Wise & Dorner, Ltd.
                                                151 N. Michigan Street, Suite 333
                                                Toledo, Ohio  43604
                                                (419) 327-4303
                                                Attorney for Defendant
                                                wisedorner@glasscity.net

**MEMORANDUM**

Defendant filed a motion for summary judgment on October 17, 2003. Plaintiff previously requested, and was granted, an extension of time until November 20, 2003 to respond to Defendant's motion.

In preparing his response, Plaintiff's counsel realized that Defendant has not yet responded to discovery requests served on August 15, 2003, the date for the close of discovery. Plaintiff believes that the discovery responses are necessary to complete his memorandum in opposition to Defendant's motion. Defendant is also awaiting responses to discovery requests served on August 15, 2003.

In lieu of a motion under Fed. R. Civ. Pro. 56(f), the parties have agreed that counsel for Defendant will submit the outstanding discovery responses by December 3, 2003. Plaintiff will file his memorandum in opposition by December 5, 2003. Plaintiff will also provide responses to Defendant's pending discovery requests by December 5, 2003, and Defendant will file its reply memorandum in support of its motion for summary judgment on or before December 19, 2003.

In light of the foregoing, the parties jointly request that the time for Plaintiff's response to Defendant's motion be extended until December 5, 2003 and that Defendant's reply memorandum be filed by December 19, 2003.

3

        Respectfully Submitted,

/s/ David Torchia
David Torchia -- 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff
davet@tktlaw.com


/s/ Renisa A. Dorner
Renisa A. Dorner -- 0040192
Wise & Dorner, Ltd.
151 N. Michigan Street, Suite 333
Toledo, Ohio 43604
(419) 327-4303
Attorney for Defendant
wisedorner@glasscity.net