J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Maurice B. Allen,
          Plaintiff,

          v.                          Case No. C-1-02-492
                                      (Spiegel, J.; Hogan, M.J.)

Deerfield Manufacturing Company,
          Defendant.

_____

### ORDER
_____

      This case is before the Court on a joint motion for an extension of time for Plaintiff to file his response to Defendant's motion for summary judgment and Defendant to reply(Doc. 26).  For good cause shown, the motion is hereby **GRANTED.**  Plaintiff has through and including December 5, 2003 to file his response and Defendant has through and including December 19, 2003.

      SO ORDERED.

Date    __11/24/2003__                  __s/Timothy S. Hogan__
bac      November 28, 2003                          Timothy S. Hogan
                                        United States Magistrate Judge

J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD