**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **MAURICE ALLEN** | : | **Case No.  1:02cv492** |
| | : | |
| **Plaintiff,** | : | **Judge Speigel** |
| | : | **Magistrate Judge Hogan** |
| **v.** | : | |
| | : | |
| **DEERFIELD MANUFACTURING** | : | **PLAINTIFF'S APPENDIX IN** |
| **INCORPORATED, A SUBSIDIARY** | : | **SUPPORT OF OPPOSITION TO** |
| **OF ICE INDUSTRIES** | : | **DEFENDANT'S MOTION** |
| | : | **FOR SUMMARY JUDGMENT** |
| **Defendant.** | : | |

## INDEX TO APPENDIX

APPENDIX A       Affidavit of Maurice Allen

APPENDIX B       Cited pages of Janet Freeman Deposition and
                 Exhibits


                               Respectfully submitted,


                               s/ David Torchia
                               David Torchia – 0015962
                               Tobias, Kraus & Torchia
                               911 Mercantile Library Building
                               414 Walnut Street
                               Cincinnati, Ohio 45202
                               (513) 241-8137
                               Attorney for Plaintiff
                               davet@tktlaw.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed electronically on December 8, 2003 and that a copy was sent my facsimile and Regular Mail to Renisa A. Dorner, Esq., Wise & Dorner, Ltd., 151 N. Michigan Street, Suite 333, David Building, Toledo, Ohio 43624 on December 8, 2003.

s/ David Torchia
David Torchia – 0015962