J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Maurice B. Allen,
    Plaintiff,

v.                              Case No. C-1-02-492
                                      (Spiegel, J.; Hogan, M.J.)

Deerfield Manufacturing Company,
    Defendant.

_____

## ORDER

_____

This case is before the Court on Plaintiff's motion for an extension of time to file his appendix to his response to Defendant's motion for summary judgment (Doc. 29).  For good cause shown, the motion is hereby **GRANTED.**  Plaintiff has through and including December 8, 2003, to file his appendix.

SO ORDERED.

Date   12/8/2003                                     s/Timothy S. Hogan
bac    December 8, 2003                          Timothy S. Hogan
                                                    United States Magistrate Judge

J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD