**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Maurice B. Allen, | * | Case No.: C-1-02-492 |
| Plaintiff, | * | Judge Spiegel<br>Magistrate Judge Hogan |
| vs. | * | |
| Deerfield Mfg. Inc.,<br>A Subsidiary of Ice Industries | * | **DEFENDANTS' REQUEST FOR<br>EXTENSION OF TIME** |
| Defendant. | * | |

\*\*\*\*\*\*\*\*

Defendant, Deerfield Manufacturing Inc., a subsidiary of Ice Industries, Inc., by and through its counsel, hereby requests an extension until January 7, 2004 in which to file its Reply Memorandum in Support of Summary Judgment. Defendant's counsel has planned to be on vacation for the last two (2) weeks of the year and due to an overwhelming caseload does not have the ability to give the attention necessary to the Reply Memorandum in this case. Plaintiff, through his counsel, has consented to this extension as there are no pending dates in this case which would be affected by this extension. Previous extensions have been granted to Plaintiff in this case.

WHEREFORE, Defendant respectfully requests an extension until January 7, 2004 in which to file its Reply Memorandum in Support of its Motion for Summary Judgment.

Respectfully Submitted,

**WISE & DORNER, Ltd.**

/s/    Renisa A. Dorner
Renisa A. Dorner (0040192)
**WISE & DORNER, Ltd.**
151 N. Michigan Street, Ste. 333
Toledo, Ohio 43624
Tel: (419) 327-4303
Fax: (419) 327-4302
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2003 a copy of foregoing Defendant's Request for Extension of Time was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/    Renisa A. Dorner
Renisa A. Dorner (0040192)

E:\Deerfield Mfg\Allen\extoftime.wpd