**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Maurice B. Allen, | * | Case No.: C-1-02-492 |
| Plaintiff, | * | Judge Spiegel |
| | | Magistrate Judge Hogan |
| vs. | * | |
| | | **ORDER** |
| Deerfield Mfg. Inc., | * | |
| A Subsidiary of Ice Industries | | |
| | * | |
| Defendant. | | |

********

This matter came before this Court upon Defendants' Motion for Extension of Time in which to file its Reply Memorandum in Support of Summary Judgment. Upon being duly advised of the premises, the Court finds that said Motion is well-taken and therefore granted.

It is therefore **ORDERED, ADJUDGED AND DECREED** that Defendant Deerfield Manufacturing, Inc. is granted an extension until January 7, 2004 in which to file its Reply Memorandum in Support of Summary Judgment.

_____
Judge

cc:  Renisa A. Dorner, Esq.
     David Torchia, Esq.

E:\Deerfield Mfg\Allen\extoftime-ORDER.wpd