J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Maurice B. Allen,
    Plaintiff,

v.                                      Case No. C-1-02-492
                                           (Spiegel, J.; Hogan, M.J.)

Deerfield Manufacturing Company,
    Defendant.

## ORDER

This case is before the Court on Plaintiff's motion for an extension of time to file his response to Defendant's motion to strike (Doc. 36). For good cause shown, the motion is hereby **GRANTED.** Plaintiff has through and including February 5, 2004, to file his response.

SO ORDERED.

Date   2/3/2004                                   s/Timothy S. Hogan
bac    February 3, 2004                                      Timothy S. Hogan
                                                          United States Magistrate Judge

J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD