**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Maurice B. Allen, | * | Case No.: C-1-02-492 |
| Plaintiff, | * | Judge Spiegel |
| | | Magistrate Judge Hogan |
| vs. | * | |
| Deerfield Mfg. Inc., | * | **DEFENDANTS' REQUEST FOR** |
| A Subsidiary of Ice Industries | | **EXTENSION OF TIME TO FILE** |
| | | **ITS REPLY MEMORANDUM IN** |
| | * | **SUPPORT OF ITS MOTION TO STRIKE** |
| Defendant. | | |

********

Defendant, Deerfield Manufacturing Inc., a subsidiary of Ice Industries, Inc., by and through its counsel, hereby requests an extension until February 17, 2004 in which to file its Reply Memorandum in Support to its Motion to Strike.  Defendant's counsel has recently been inundated with other legal matters which has not afforded her sufficient time to prepare a Reply.  There are no pending dates in this case which would be affected by this extension.  Moreover, previous extensions have been granted to Plaintiff in this case.

WHEREFORE, Defendant respectfully requests an extension until February 17,  2004 in which to file its Reply Memorandum in Support of its Motion to Strike.

Respectfully Submitted,

**WISE & DORNER, Ltd.**
/s/     Renisa A. Dorner
        Renisa A. Dorner (0040192)
**WISE & DORNER, Ltd.**
151 N. Michigan Street, Ste. 333
Toledo, Ohio 43624
Tel:  (419) 327-4303
Fax: (419) 327-4302
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2004 a copy of foregoing Defendant's Request for Extension of Time was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/     Renisa A. Dorner
        Renisa A. Dorner (0040192)

E:\Deerfield Mfg\Allen\extoftime2.wpd