J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Maurice B. Allen,
      Plaintiff,

      v.                           Case No. C-1-02-492
                                    (Spiegel, J.; Hogan, M.J.)

Deerfield Manufacturing Company,
      Defendant.

_____

## ORDER
_____

      This case is before the Court on Defendant's motion for an extension of time to file his reply to his motion to strike (Doc. 39).  For good cause shown, the motion is hereby **GRANTED.**  Defendant has through and including February 17, 2004, to file his reply.

      SO ORDERED.

Date   __2/13/2004_____                 __s/Timothy S. Hogan_____

bac      February 13, 2004                               Timothy S. Hogan
                                         United States Magistrate Judge

J:\CRUMBA\FORMS\CALENDAR\2002\02-492.WPD