UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MAURICE ALLEN** | : | **CASE NO.** 1:02cv492 |
| | : | Judge Spiegel |
| Plaintiff | : | Magistrate Judge Hogan |
| | : | |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S MOTION FOR** |
| | : | **ONE-DAY EXTENSION OF TIME** |
| **DEERFIELD MFG. INC.,** | : | **TO FILE OBJECTIONS TO** |
| **A SUBSIDIARY OF** | : | **REPORT AND** |
| **ICE INDUSTRIES** | : | <u>**RECOMMENDATION**</u> |
| | : | |
| Defendant | : | |

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an extension of one day to file objections to the Report and Recommendation issued on September 28, 2005.

                                                                                                       Respectfully submitted,

                                                                                                       s/ David Torchia
                                                                                                        David Torchia -- 0015962
                                                                                                         Tobias, Kraus & Torchia
                                                                                                        911 Mercantile Library Bldg.
                                                                                                        414 Walnut Street
                                                                                   Cincinnati, Ohio 45202
                                                                                  (513) 241-8137
                                                                                  Attorney for Plaintiff
                                                                                  davet@tktlaw.com

## **MEMORANDUM**

The Magistrate's Report and Recommendation was filed on September 28, 2005. Pursuant to Fed. R. Civ. Pro. 6 (a), objections are due October 13, 2005 because intermediate Saturdays, Sundays and legal holidays (Columbus Day) are excluded.

Plaintiff wants to file objections to the lengthy and comprehensive Report and Recommendation. However, due to short time allowed for filing objections and the press of other scheduled matters and intervening deadlines, counsel needs an extension of one day to do so. Accordingly, Plaintiff requests that the time for filing objections be extended until October 14, 2005.

Respectfully submitted,

s/ David Torchia
David Torchia -- 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff
davet@tktlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been filed electronically and will be served by the court's EFC system upon Renisa A. Dorner, Wise & Dorner, Ltd., 151 N. Michigan Street, Suite 333, Toledo, Ohio 43604 on October, 12, 2005.

s/ David Torchia

David Torchia -- 0015962

3