# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **MAURICE ALLEN** : | CASE NO. 1:02cv492 |
| : | Judge Spiegel |
| Plaintiff : | Magistrate Judge Hogan |
| : | |
| vs. : | |
| : | PLAINTIFF'S MOTION FOR |
| : | ONE-DAY EXTENSION OF TIME |
| **DEERFIELD MFG. INC.,** : | TO FILE OBJECTIONS TO |
| **A SUBSIDIARY OF** : | REPORT AND |
| **ICE INDUSTRIES** : | **RECOMMENDATION** |
| : | |
| Defendant : | |

Now comes Plaintiff, and for the reasons set forth in the attached memorandum, requests an extension of one day to file objections to the Report and Recommendation issued on September 28, 2005.

Respectfully submitted,

s/ David Torchia
David Torchia -- 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio 45202
(513) 241-8137
Attorney for Plaintiff
davet@tktlaw.com

1

43