```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION
```

MAURICE B. ALLEN,                       :
                                        :   NO. 1:02-CV-00492
       Plaintiff,                       :
                                        :   **ORDER**
                                        :
  v.                                    :
                                        :
                                        :
DEERFIELD MANUFACTURING                 :
INCORPORATED, A SUBSIDIARY              :
OF ICE INDUSTRIES,                      :
                                        :
       Defendant.

       The Court held a Status Conference in this matter on May 2, 2006. The Court finds it appropriate that Discovery be continued until June 2, 2006. Furthermore, the Court hereby SETS a Final Pre-Trial Conference for August 24, 2006 at 3:00 P.M. and a Three-Day Jury Trial to Commence October 10, 2006. Additionally, the Court, at the request of the Parties, SCHEDULES a Settlement Conference for June 15, 2006 at 3:00 P.M.

       SO ORDERED.

Dated: May 2, 2006                     s/S. Arthur Spiegel
                                     S. Arthur Spiegel
                                     United States Senior District Judge