AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

MAURICE B. ALLEN

          V.

DEERFIELD MANUFACTURING CO.

Case Number:   1:02-cv-00492

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Chambers - Room 838 |
| | DATE AND TIME |
| | AUGUST 24, 2006 at 3:00 PM |

SPECIAL INSTRUCTIONS:

1. **Three-day Jury Trial set for October 10, 2006 at 9:30 am, Courtroom 842, on an on-deck basis.**

2. **The Settlement Conference remains scheduled for June 15, 2006 at 3:00 pm.**

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: David Torchia, Esq.    Patricia Wise, Esq.    Renisa Dorner, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.