AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

MAURICE B. ALLEN

              V.

Case Number:   1:02-cv-00492

DEERFIELD MANUFACTURING CO.

Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the FINAL PRETRIAL CONFERENCE in this case has been **RESET FROM 8/24/06** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse | Chambers, Room 838 |
| 100 East Fifth Street | DATE AND TIME |
| Cincinnati, Ohio 45202 | AUGUST 17, 2006 at 3:00 PM |

SPECIAL INSTRUCTIONS:

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: David Torchia, Esq.     Patricia Wise, Esq.     Renisa Dorner, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.