```
                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION


MAURICE B. ALLEN,                    :
                                     :
          Plaintiff,                 :
                                     :
                                     :
     v.                              :
                                     :      Case No.: 1:02-cv-00492
                                     :
DEERFIELD MANUFACTURING, INC.,       :
                                     :
          Defendant.                 :      NOTICE
```

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions on file for this case, filed by counsel for Defendant, which are no longer needed by the Court. Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to pick up these items. Any items submitted by parties will be disposed of as waste within 20 days of the date of this notice if arrangements are not made to retrieve them.

```
                         S. Arthur Spiegel
                         United States Senior District Judge


                    By:  s/Kevin Moser
                         Kevin Moser
                         Case Manager
                         (513) 564-7620
```