UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MAURICE B. ALLEN, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:02-cv-00492 |
| | : | |
| v. | : | |
| | : | |
| DEERFIELD MANUFACTURING, INC., | : | **NOTICE** |
| | : | |
| Defendant. | : | |

    Pursuant to S.D. Ohio Civ. R. 79.2(b) and the previous Notice of this Court (doc. 57), the deposition(s) submitted by Defendant in this matter are hereby disposed of as waste on this date. The time for counsel to retrieve these items has expired.

Date: <u>October 15, 2007</u>

                    S. Arthur Spiegel
                  United States Senior District Judge


            By: <u>s/Kevin Moser</u>
                  Kevin Moser
                  Case Manager
                  (513) 564-7620